JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.: CV 09-0498 DSF (RZx)<br><br>JUDGMENT |

_____

　　Plaintiff having failed to oppose Defendants' motion to dismiss and having failed to file an amended complaint by the date specified in the Court's June 5, 2009 Order,

　　IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/17/09　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　United States District Judge